Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamil Barron,<br><br>　　　　Plaintiff,<br>　v.<br><br>Mimosa House, LLC and Clark Branscum,<br><br>　　　　Defendants. | Case No. 2:23-cv-00175-TLN-KJN<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 160, plaintiff Jamil Barron hereby notifies the Court that the parties have reached a global settlement in this case. Plaintiff will file dispositional documents no more than 21 days from today's date.

Respectfully submitted,

Dated: March 23, 2023

　　　　　　　　　　　　　　　　　　　　Law Office of Rick Morin, PC

　　　　　　　　　　　　　　　　　　　　*/s/ Richard Morin*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　By: Richard Morin
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

1
NOTICE OF SETTLEMENT